IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 12-cv-0032-MEH-BNB

RYAN ROBIRDS,

Plaintiff,

v.

BONDED BUSINESS SERVICES, LTD., a Colorado limited liability company,

Defendant.
_____

## ORDER
_____

I am informed that this case has been resolved.  Accordingly,

IT IS ORDERED that on or before January 29, 2013 the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated January 15, 2013.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge