IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

Civil Action No. 12-cv-00832-MEH

RYAN ROBIRDS,

    Plaintiff,

v.

BONDED BUSINESS SERVICES, LTD., a Colorado limited liability company,

    Defendant.

---

### ORDER OF DISMISSAL WITH PREJUDICE
---

The Stipulated Motion to Dismiss with Prejudice [filed January 31, 2013; docket #28] is **granted**. The matter is dismissed with prejudice and all remaining deadlines and conference dates are hereby vacated. Each party will pay his or its own attorney's fees and costs.

Dated at Denver, Colorado this 8th day of February, 2013.

BY THE COURT:

*Michael E. Hegarty*

Michael E. Hegarty
United States Magistrate Judge